

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2015

No. 04-15-00660-CR

**EX PARTE** Matthew **JACKSON**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                Marialyn Barnard, Justice
                Jason Pulliam, Justice

On October 23, 2015, relator filed a pro se petition for writ of habeas corpus, followed by a supplemental petition on October 30, 2015. The court has considered relator's petitions and is of the opinion that relator is not entitled to the relief sought. Accordingly, relator's original and supplemental petitions for writ of habeas corpus are DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on December 10, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014CR0148, styled *The State of Texas v. Matthew Jamal Jackson*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.